■ EUGENE H. PERCEVAL, JR., et al., Plaintiffs, v CENTRAL FEDERAL SAVINGS & LOAN ASSOCIATION et al., Defendants, GLENN L. STEPHENSON, P. C., et al., Respondents, and MORRIS J. EISEN, Appellant. (And a Third-Party Action.) [650 NYS2d 980] —Appeal by Morris J. Eisen from an order of the Supreme Court, Nassau County (Murphy, J.), entered November 13, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Murphy at the Supreme Court. Bracken, J. P., Copertino, Joy, Florio and McGinity, JJ., concur.